PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:97CR00320-02** |
| ) | |
| **Denise Katheryn BRUCE** ) | |
| ) | |

On January 20, 2001, the above-named was placed on supervised release for a period of 60 months. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

**RICHARD W. ELKINS
United States Probation Officer**

Dated:   August 16, 2005
            Elk Grove, California
            RWE:kms

**REVIEWED BY:**   /s/Deborah A. Spencer
                              **DEBORAH A. SPENCER
                              Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re: **Denise Katheryn BRUCE**
    Docket Number:   2:97CR00320-02
    <u>**ORDER TERMINATING SUPERVISED**</u>
    <u>**RELEASE PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the probationer be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  August 17, 2005

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

cc:   Samuel Wong, United States Attorney's Office
     Kevin Klymo, Defense Counsel