UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                           RE:    Denise Katheryn BRUCE
                                                   Docket Number:   2:97CR00320-02
                                                   **REQUEST FOR PERMISSION TO DISCLOSE DOCUMENTS**

Your Honor:

Our office has received a request from the United States Department of Justice, Pardon Attorney's office for a copy of the Presentence Report, Judgment and Commitment Order, and Statement of Reasons on the above mentioned individual. Her application for Pardon is being considered. We are seeking approval to send the documents. She has signed a waiver agreeing to their disclosure.

                                            Respectfully submitted,

                                            /s/ Deborah A. Spencer
                                            **DEBORAH A. SPENCER**
                                            **Supervising United States Probation Officer**

Dated:       July 26, 2006
                Elk Grove, California
                DAS/cj

AGREE:   _X_____                 DISAGREE:  _____

Date:  July 27, 2006

                                                                  _____
                                                                  WILLIAM B. SHUBB
                                                                  UNITED STATES DISTRICT JUDGE